# PAWAR LAW GROUP P.C.
## ATTORNEYS AT LAW

**Robert Blossner**
**Vik Pawar**

20 VESEY STREET SUITE 1210
NEW YORK NEW YORK 10007

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

NEW JERSEY OFFICE:

6 SOUTH STREET, SUITE 201
MORRISTOWN, NEW JERSEY

February 18, 2016

**BY ECF**
The Honorable Shira A. Scheindlin
United States District Judge

Re:     *DeLeon v. Pichardo and Delacruz*, 15 CV 9804 (SAS)

Dear Judge Scheindlin:

      To follow up my letter just ECF'ed, counsel for non-party City of New York has specifically requested that I inform you that he objects to our request to remove this case from the "1983 Plan."

Respectfully submitted,

Vik Pawar (VP9101)

Cc:     Mr. Joseph Gutmann, Esq. (jgutmann@law.nyc.gov)

1