# PAWAR LAW GROUP P.C.

ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

Robert Blossner
Vik Pawar

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.nyc

November 15, 2019

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge

Re:   *Deleon v. Pichardo and Delacruz*, 15 CV 9804 (PGG)

Dear Judge Gardephe:

I respectfully request, on behalf of both counsel, a brief extension of time to file our respective letters. The deadline set by the Court is today, November 15, 2019. Your Honor also indicated a ruling would be issued a week later on November 22.

We need a brief extension because both counsel have been engaged in depositions this entire week in separate federal actions. This is the first request made jointly by the parties. The new requested deadline is November 19, 2019.

Thank you.

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: November 18, 2019

Respectfully,

*Vik Pawar*
Vik Pawar (VP9101)

Cc:   Mr. Richard Bahrenburg, Esq. (by ECF)